UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 09-21437-CIV-UNGARO

DUANE ISAAC WALKER,

    Plaintiff,

v.

MIAMI-DADE COUNTY et al.,

    Defendants.
_____/

## ORDER ON MOTION FOR EXTENSION

THIS CAUSE is before the Court upon Plaintiff's Motion for an Extension of Time to File an Objection to the Magistrate's Report, filed on July 28, 2009.  (D.E. 20.)

THE COURT has considered the Motion and the pertinent portions of the record and is otherwise fully advised in the premises.  Accordingly, it is hereby

ORDERED AND ADJUDGED that the Motion (D.E. 20) is GRANTED IN PART. Plaintiff SHALL file his objections to Magistrate Judge White's Report and Recommendation on or before August 21, 2009.

DONE AND ORDERED in Chambers, Miami, Florida, this 28th day of July, 2009.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record