UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-21437-CIV-UNGARO

DUANE ISAAC WALKER,
     Plaintiff,

v.

MIAMI-DADE COUNTY, ET AL.,
     Defendants.
_____/

## ORDER AFFIRMING THE MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court upon Plaintiff's *pro se* civil rights action pursuant to 42

U.S.C. § 1983 filed with the Court on May 28, 2009.  (D. E. 1.)  The matter was referred to

Magistrate Judge Patrick A. White, who on July 13, 2009 issued a Report recommending the

following: (i) Plaintiff's complaint be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(ii), for

failure to state a claim upon which relief can be granted; and (2) that the case be closed.  (D.E.

16.)  The matter is ripe for disposition, and no objections to the Magistrate Judge's Report have

been filed.  Having conducted a *de novo* review of the record, it is hereby,

ORDERED and ADJUDGED that the Magistrate Judge's Report (D.E. 16) is RATIFIED,

AFFIRMED, and ADOPTED.

DONE AND ORDERED in Chambers at Miami, Florida this 26th day of August, 2009.

_____
URSULA UNGARO
UNITED STATES DISTRICT OF JUDGE

cc: Magistrate Judge White
    Duane Isaac Walker, *pro se*